# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thorne, Deborah L. | Bankruptcy Court for the Northern District of Illinois | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 668
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors - Member at large | National Conference of Bankruptcy Judges |
| 2. | Board and Executive Committee Member and Member of Governance Committee | Women Employed |
| 3. | Board of Trustees | Am Yisrael Congregation of the Northshore |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thorne, Deborah L.** | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | State of Illinois - Wages (Circuit Court of Cook County Judge) |
| 2. | 2019 | Cook County - Wages (Circuit Court of Cook County Judge) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy (ACB) | 3/13/19 - 3/15/19 | Washington, DC | Annual Induction Ceremony and Events | Transportation, Lodging |
| 2. | TMA/IWIRC | 3/28/19 - 3/29/19 | Atlanta, Georgia | Speaking at IWIRC/TMA meeting | Transportation, Lodging |
| 3. | ABI | 4/11/19 - 4/10/19 | Washington, DC | Annual Spring Meeting | Transportation, Lodging, Food |
| 4. | Federal Bar Association - Western Michigan | 6/26/19 - 6/28/19 | Crystal Mountain, Michigan | FBA - Western Michigan Speaking | Transportation, Lodging, Food |
| 5. | NCBJ | 8/27/19 - 8/28/19 | San Diego, California | Site Visit as Education Chair for NCBJ 2020 | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

| | | | | |
|---|---|---|---|---|
| 6. NCBJ | 10/30/19 - 11/2/19 | Washington, DC | NCBJ Annual Conference | Transportation, Lodging |
| 7. ABI | 12/5/18/- 12/8/18 | Terrenea, California | Winter Leadership Conference | Transporation, Lodging, Food |
| 8. | | | | |
| 9. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Signature Bank | Mortgage on Investment Property [         ] LLC | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Israel Bonds | A | Interest | J | T | | | | | |
| 2. ▮▮▮▮▮▮ LLC, Cook County, Illinois | E | Rent | N | W | | | | | |
| 3. Focused Retail Prop LLC (JAE interest) | | None | L | W | | | | | |
| 4. JAE IRA R/O | | | | | | | | | |
| 5. AB Large Cap Growth Fund (APGYX) | A | Dividend | L | T | | | | | |
| 6. ALPS ETF TR ALERIAN MLP (AMLP) | C | Dividend | M | T | | | | | |
| 7. DBX ETF Trust (DBEF) | A | Dividend | L | T | Buy | 09/11/19 | K | | |
| 8. Berkshire BK | | | | | Buy | 02/01/19 | L | | |
| 9. | A | Interest | | | Redeemed | 08/06/19 | L | | |
| 10. Blackrock FDS V (BRHYX) | C | Dividend | L | T | Buy | 02/01/19 | L | | |
| 11. Boulder Growth & Income (BIF) | A | Dividend | | | Sold | 08/20/19 | L | C | |
| 12. First Trust Morningstar Dividend Leaders Index Fund (FDL) | B | Dividend | | | Sold | 10/22/19 | M | G | |
| 13. First Trust Prefered Securities and Income ETF (FPE) | D | Dividend | M | T | | | | | |
| 14. Fundamental Invs (FUNFX) | A | Dividend | | | Sold | 08/20/19 | J | C | |
| 15. Invesco QQQ TR (QQQ) | A | Dividend | M | T | | | | | |
| 16. Janus Invt. FD (JVTIX) | | None | | | Sold | 08/02/19 | J | B | |
| 17. ISHARES TIPS Bond ETF (TIP) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Nuveen Floating Rate Income Opportunity Fund (JRO) | D | Dividend | L | T | | | | | |
| 19. | PIMCO Enhanced Short Maturity (MINT) | | None | M | T | Buy | 12/16/19 | M | | |
| 20. | PIMCO Equity Ser (PMHIX) | | None | | | Sold | 02/28/19 | L | | |
| 21. | PIMCO Income FD (PIMIX) | D | Dividend | L | T | Buy | 07/22/19 | L | | |
| 22. | SAFRA Nat'l Bank New York | | None | L | T | Buy | 02/01/19 | L | | |
| 23. | Select Sector SPDR Trust - The Healthcare Select Sector (XLV) | B | Dividend | M | T | | | | | |
| 24. | | | | | | Sold (part) | 04/24/19 | L | E | |
| 25. | Schwab Stragic TR (SCHD) | A | Dividend | M | T | Buy | 09/11/19 | K | | |
| 26. | | | | | | Buy (add'l) | 12/17/19 | L | | |
| 27. | SPDR Dow Jones INDL Average ETF TR Unit Ser. 1 (DIA) | C | Dividend | M | T | | | | | |
| 28. | SPDR S&P 500 ETF Trust (SPY) | C | Dividend | M | T | | | | | |
| 29. | Select Sector SPDR (XLF) | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 30. | Vanguard Index Funds (VYM) | C | Dividend | L | T | Buy | 02/28/19 | K | | |
| 31. | Vanguard Sector Index Funds REIT ETF (VNQ) | C | Dividend | M | T | Buy | 02/28/19 | K | | |
| 32. | Vanguard Index Funds Mid-cap Value ETF (VOE) | D | Dividend | M | T | | | | | |
| 33. | Vanguard Intl Equity Index FD ETF (VGK) | C | Dividend | K | T | Sold (part) | 12/16/19 | K | | |
| 34. | Vanguard Sector Index Funds -- Energy ETF (VDE) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. JPMorgan Deposit Account | | None | L | T | | | | | |
| 36. EXELON Generation Company LLC | A | Interest | K | T | | | | | |
| 37. Walgreens Boots Aliance Inc. SR Unsecured | A | Interest | K | T | | | | | |
| 38. Bank India New York, NY (CD) | B | Dividend | | | Redeemed | 02/27/19 | L | | |
| 39. OTHER | | | | | | | | | |
| 40. Northwestern Mutual Extra Ordinary Life (214) | C | Dividend | M | T | | | | | |
| 41. Northwestern Mutual Extra Ordinary Life (246) | D | Dividend | N | T | | | | | |
| 42. Northwestern Ord Life- Former EOL (829) | C | Dividend | M | T | | | | | |
| 43. Northwestern Whole Life | C | Dividend | M | T | | | | | |
| 44. Signature Bank (Private Stock) | | None | L | U | | | | | |
| 45. Millennium Trust Company, LLC FBO Deborah Thorne IRA | | | | | | | | | |
| 46. -- Focus Real Estate Investment | | None | L | U | | | | | |
| 47. Inherited IRA (WAT/DLT) | | | | | | | | | |
| 48. Vanguard Value ETF (VTV) | A | Dividend | J | T | | | | | |
| 49. IShares Barklays Aggregate Bond Fund (AGG) | | None | J | T | | | | | |
| 50. Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | | | | | |
| 51. Vanguard Mid-Cap Value ETF (VOE) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total International Bond ETF (BNDX) | A | Dividend | J | T | | | | | |
| 53. Vanguard SH.T.Inf.P.S.I ETF (VTIP) | | None | J | T | | | | | |
| 54. Vanguard Small-Cap. Value (VBR) | A | Dividend | J | T | | | | | |
| 55. VANGUARD TAX-MA/FTSE DEVELOPED (VEA) | A | Dividend | J | T | | | | | |
| 56. Vanguard Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 57. IShares Emerging Markets USD Bond ETF (EMB) | A | Dividend | J | T | | | | | |
| 58. IShares US Total Bond Market ETF (BND) | A | Dividend | J | T | | | | | |
| 59. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Thorne, Deborah L.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2:  Real property owned by LLC  is located in Chicago, Illinois

Part VII, Line 38, Bank of India.  The 2018 entry was incorrect as the CD with Bank of India was purchased on 2/23/18 and not sold.  It was redeemed on 2/27/19 as reflected on the 2019 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah L. Thorne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544